FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2006 SEP -8  PM 4: 27

CLERK _____
SO. DIST. OF GA.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF GEORGIA

## STATESBORO DIVISION

| | | |
|---|---|---|
| MELVIN DAVID LEWIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.  CV606-63 |
| | ) | |
| WARDEN HUGH SMITH and | ) | |
| VICKIE NAIL, | ) | |
| | ) | |
| Defendants. | ) | |

## <u>REPORT AND RECOMMENDATION</u>

On July 21, 2006, the Court granted plaintiff leave to proceed *in forma pauperis* on the condition that he return a Prisoner Trust Account Statement form and a Consent to Collection of Fees from Trust Account form within thirty days of the order.  The Court informed plaintiff that his failure to return these forms would result in a recommendation that this case be dismissed.  Plaintiff timely returned his executed Consent to Collection of Fees from Trust Account form.  Plaintiff also returned an incomplete Prisoner Trust Account Statement form with a printout of his trust ledger account.  On August 3, 2006, the Court ordered plaintiff to

submit a completed Prisoner Trust Account Statement form within fifteen days.  Since plaintiff has neither returned the required form nor paid the filing fee, this case should be DISMISSED.

**SO   REPORTED   AND   RECOMMENDED** this _7ᵀᴴ_ day of September, 2006.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA