ORIGINAL

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2006 OCT 11  AM 10: 15

CLERK_____
SO. DIST. OF GA.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# STATESBORO DIVISION

| | |
|---|---|
| MELVIN DAVID LEWIS, | ) |
| Plaintiff, | ) |
| v. | ) Case No. CV606-63 |
| WARDEN HUGH SMITH and VICKIE NAIL, | ) |
| Defendants. | ) |

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

SO ORDERED this 11th day of October, 2006.

_____
WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA